UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 1:21-cr-151 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JAMES WILLARD THURMAN | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

This matter is before the Court on the report and recommendation (the "R&R") of Magistrate Judge Christopher H. Steger, recommending the Court deny Defendant James Willard Thurman's motion to suppress evidence. (Doc. 45.) Defendant objects to the R&R. (Doc. 46.) The United States responded to the objection. (Doc. 50.)

The Court has reviewed the transcript of the evidentiary hearing the Magistrate Judge held on October 19, 2022, the exhibits introduced at the hearing, and the briefs the parties filed before and after the R&R issued. For the reasons set out in the accompanying Memorandum, the Court **ACCEPTS AND ADOPTS** the R&R but **MODIFIES** page four as follows: Defendant's outdoor living area, including the fire pit, is curtilage. (Doc. 45). Defendant's motion to suppress (Doc. 32) is **DENIED**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**